of $10,000 from April 1, 1913, and, as so modified, affirmed, with costs to respondent. Settle order on notice.

---

QUINN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Joseph F. Quinn against the City of New York. W. E. C. Mayer, of New York City, for appellant. J. A. Allen, of New York City, for respondent. No opinion. Judgment and order reversed, with costs, and complaint dismissed, with costs, upon the ground that there is no evidence to justify a finding of negligence on the part of the defendant. Settle order on notice.

---

In· re RAHM. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Albert E. Rahm. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. See, also, 150 N. Y. Supp. 1108.

---

In re RAHM. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Albert E. Rahm.

PER CURIAM. Motion granted, in so far as to authorize a commission to issue to a commissioner in the city of Washington, D. C., to take testimony upon written interrogatories to be annexed to the commission; petitioner to be allowed to join in the commission. In other respects, motion denied. No stay of proceedings granted. Settle order on notice. See, also, 150 N. Y. Supp. 1108.

---

READ, Appellant, v. CHAPMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Thomas Read against Elverton R. Chapman and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

READ, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Sarah C. L. Read, as executrix, etc., against the New York Central & Hudson River Railroad Company. G. W. Weiffenbach, of New York City, for appellant. R. A. Kutschback, of New York City, for respondent. No opinion. Judgment affirmed, with costs, upon opinion of this court on former appeal. 123 App. Div. 228, 107 N. Y. Supp. 1068. Order filed.

---

REILLY, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by William F. Reilly against William M. Barrett, as president of the Adams Express Company. No opinion. Judgment and order affirmed, with costs. The sufficiency of the supplemental answer was necessarily involved in the previous decision of this case. See Reilly v. Barrett, 163 App. Div. 922, 148 N. Y. Supp. 1140.

---

REMINGTON, Respondent, v. SHULTZ BREAD CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Emory B. Remington against the Shultz Bread Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, upon the ground that, in view of plaintiff's bill of particulars, which states that the wagon which injured plaintiff was marked "Droste Bakery Wagon No. 2," the charge of the trial justice to the effect that if plaintiff was injured by any wagon of the defendant on the evening in question, even if it was not wagon No. 2, plaintiff was entitled to recover, was erroneous. See, also, 159 App. Div. 924, 144 N. Y. Supp. 1142.

---

RESTIVO v. BRADLEY CONTRACTING CO., et al. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) Action by Maddalena Restivo, as administratrix, etc., of Salvatore Restivo, deceased, against the Bradley Contracting Company and Francis L. Corrao. No opinion. The client had an absolute right to change her attorney. Order reversed, with $10 costs and disbursements, and matter remitted to the Special Term to ascertain the amount of the attorney's lien and to provide for its protection. See, also, 150 N. Y. Supp. 1108.

---

RESTIVO v. BRADLEY CONTRACTING CO., et al. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Maddalena Restivo, as administratrix, etc., against the Bradley Contracting Company and Francis L. Corrao. No opinion. Motion for reargument of 150 N. Y. Supp. 1108, denied, without costs.

---

RICHARDSON, Respondent, v. CREMINS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by John Richardson, Jr. against James Cremins and others. T. M. Rowlette, of New York City, for appellants. F. W. Jackson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

RICHLER v. FISCHER. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Lillie G. Richler against August Fischer. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

RICHTER et al., Respondents, v. KIMMERLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Bruno Richter and others against August J. Kimmerle and others. J. D. Connolly, of New York City, for appellants. T. B. Richter, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.